# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JARELL DAVIS TERRY**                                        **PETITIONER**

**4:26-CV-00114 JM/PSH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**          **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 21st day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE